UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:14-CR-040 |
| ) | |
| WALTER LEON TRENT ) | |

## MEMORANDUM AND ORDER

Now before the court is the defendant's August 4, 2014, "Motion to Continue" [doc. 15], which seeks a resetting of "the hearing in this criminal matter from the currently scheduled date of Wednesday, August 20, 2014." The motion further asks for a continuance of both "the hearing and all motion cutoff dates to a later date." In discussing a "hearing," the court presumes that the defendant is referring to his criminal *trial*, which is presently set for August 20.

Defense counsel states that more time is needed for discussion with his client "to make a more informed decision about certain evidence in this case." The prosecuting attorney has advised the court that he has no opposition to a continuance of trial.

To the extent that the defendant asks for a continuance of his trial date, the court finds the motion well-taken and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the

reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 15] is **GRANTED IN PART** and **DENIED IN PART**. To the extent that the defendant seeks a resetting of his trial date, the motion is **GRANTED**. This criminal case is **CONTINUED** from August 20, 2014, to Wednesday, **October 29, 2014, at 9:00 a.m.** The new plea cutoff date is October 8, 2014.

To the extent that the defendant also asks for a resetting of the motion cutoff date, his request is **DENIED**. The motion deadline in this case expired on July 8, 2014. No further motions shall be filed in this case absent a showing of good cause why the movant was unable to comply with the long-expired July 8 deadline.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge